# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## GREENEVILLE DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
|  | ) |  |
| MARSHA LEANNE MCCLELLAN, | ) | Case No. 2:15-bk-50701-MPP |
|  | ) |  |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
|  | ) | MARCIA P PARSONS |

### REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
### FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P.  2002(g)

   PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for

Synchrony Bank (Care Credit [Last four digit of account:8163]), a creditor in the above-captioned chapter

7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the

Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C.

§§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all

papers served or required to be served in this case be also given to and served, whether electronically or

otherwise, on:

  Synchrony Bank
  c/o Recovery Management Systems Corporation
  25 SE 2nd Avenue, Suite 1120
  Miami, FL 33131-1605
  Telephone: (305) 379-7674
  Facsimile: (305) 374-8113
  E-mail: claims@recoverycorp.com


Dated: Miami, Florida
July 14, 2015

        By: /s/ Ramesh Singh

        Ramesh Singh
        c/o Recovery Management Systems
        Corporation
        Financial Controller
        25 SE 2nd Avenue, Suite 1120
        Miami, FL 33131-1605
        (305) 379-7674
Assignee Creditor: Care Credit [Last four digit of account:8163]